# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00375-CR

**James Edward Epperson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 13-1620-K368, HONORABLE STACEY MATHEWS, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

James Edward Epperson seeks to appeal his April 29, 2016 judgment adjudicating guilt following the revocation of his community supervision. The clerk's record contains the district court's 2014 certification reflecting that Epperson waived his right to appeal from his "Order of Deferred Adjudication; Community Supervision." However, the clerk's record does not contain the necessary trial court certification of Epperson's right of appeal as to the 2016 judgment adjudicating his guilt, which is the judgment he seeks to appeal. *See* Tex. R. App. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt or other appealable order"), (d) (requiring record to include trial court's certification).

Accordingly, we abate this appeal and remand the cause to the district court for entry of a certification of Epperson's right of appeal from the April 29, 2016 judgment. *See* Tex. R. App.

P. 25.2(a)(2), 44.4.  A supplemental clerk's record containing the district court's certification shall be filed with this Court no later than July 11, 2016.  *See* Tex. R. App. P. 34.5(c)(2).

It is ordered on June 9, 2016.


Before Chief Justice Rose, Justices Pemberton and Bourland

Abated and Remanded

Filed:   June 9, 2016

Do Not Publish